IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HERBERT L. CAMPBELL, | ) | 4:12CV3257 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| FRED BRITTEN, Warden, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Reconsideration. (Filing No. 19.) In his Motion, Plaintiff seeks reconsideration of the court's March 12, 2013, Memorandum and Order. (Filing No. 17.) The court has carefully reviewed Plaintiff's Motion and finds no good cause for reconsideration of any portion of its March 12, 2013, Memorandum and Order.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Reconsideration (filing no. 19) is denied.

DATED this 8th day of May, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.